1

2

3

4                        UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7    JAMES MORROW, et al.,                    Case No.  21-cv-09989-TSH

8                  Plaintiffs,
                                              **ORDER TO SHOW CAUSE**
9            v.

10   UNITED STATES POSTAL SERVICE,

11                Defendant.

12

13          This case was originally scheduled for a case management conference on March 24, 2022.

14   However, on March 17 Plaintiffs James Morrow and Vincent Hurst filed a separate case

15   management statement indicating they had not completed service because the government asked

16   for additional time in which to consider resolving the tort claim at issue.  ECF No. 4.  As such, the

17   Court continued the conference to May 19 and directed the parties to file a joint statement by May

18   12.  ECF No. 7.  On May 18 Plaintiffs filed a separate status report indicating they believed the

19   case could be resolved within 45 days.  ECF No. 9.  Based on their report, the Court continued the

20   case management conference to July 14 and directed the parties to file a joint statement by July 7.

21   ECF No. 10.  As of July 11, there had been no further docket activity, and the Court therefore

22   vacated the July 14 conference and ordered Plaintiffs to file an updated status report by July 25.

23   ECF No. 11.  No response has been received.

24          Accordingly, the Court **ORDERS** Plaintiffs James Morrow and Vincent Hurst to show

25   cause why this case should not be dismissed for failure to prosecute and failure to comply with

26   court deadlines.  Plaintiffs shall file a declaration by August 4, 2022.  If a responsive declaration is

27   filed, the Court shall either issue an order based on the declaration or conduct a hearing on August

28

United States District Court
Northern District of California

18, 2022 at 10:00 a.m. by Zoom video conference.  The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiffs do not intend to prosecute, and the case may be dismissed without prejudice.  Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: July 27, 2022

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California