UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MORROW, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | Case No. 21-cv-09989-TSH<br><br>**SECOND ORDER TO SHOW CAUSE** |

This case was originally scheduled for a case management conference on March 24, 2022. However, on March 17 Plaintiffs James Morrow and Vincent Hurst filed a separate case management statement indicating they had not completed service because the government asked for additional time in which to consider resolving the tort claim at issue. ECF No. 4. As such, the Court continued the conference to May 19 and directed the parties to file a joint statement by May 12. ECF No. 7. After Plaintiffs filed an updated report indicating they believed the case could be resolved within 45 days (ECF No. 9), the Court continued the case management conference a second time, to July 14, and directed the parties to file a joint statement by July 7 (ECF No. 10).

As of July 11, there had been no further docket activity, and the Court therefore vacated the July 14 conference and ordered Plaintiffs to file an updated status report by July 25. ECF No. 11. After Plaintiffs failed to respond, the Court ordered them to show cause by August 4 why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. ECF No. 12. In response, Plaintiffs' counsel filed a declaration indicating the parties were continuing work toward a resolution and requesting an additional 45 days. ECF No. 13. Based on counsel's response, the Court discharged the show cause order and ordered Plaintiffs to file an updated status report by September 20. ECF No. 14. After Plaintiffs again failed to respond, the

Court extended the status report deadline to September 27. ECF No. 15. Plaintiffs responded that the claims examiner indicated the government would have a settlement offer within one month, and they requested an additional 45 days to resolve the matter. ECF No. 16. As such, the Court ordered Plaintiffs to file an updated status report by November 15. ECF No. 17.

As of today, Plaintiffs have again failed to respond. Accordingly, the Court **ORDERS** Plaintiffs James Morrow and Vincent Hurst to show cause why this case should not be dismissed for failure to prosecute and their repeated failure to comply with court deadlines. Plaintiffs shall file a declaration by November 23, 2022. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a show cause hearing on December 1, 2022 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

<u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiffs do not intend to prosecute, and the case may be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: November 16, 2022

_____
THOMAS S. HIXSON
United States Magistrate Judge