CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES MORROW, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 3:21-CV-09989-TSH<br><br>**JOINT STATUS UPDATE AND STIPULATION; ~~[PROPOSED]~~ ORDER** |

The Parties to the above referenced matter submit this Joint Status Report in response to the Court's Order of July 28, 2026. Dkt. 77. The Parties apologize to the Court for the delay in providing a status update due to the need to further meet and confer. The Parties are in the process of negotiating a settlement of this matter and are hopeful to achieve resolution without further Court intervention. As such, the Parties respectfully request the Court vacate the current case management schedule and set the matter for a Case Management Conference on October 1, 2026. The Parties will provide a Joint Case Management Statement by September 24, 2026. The Parties will immediately alert the Court if resolution is achieved prior to that date.

DATED: August 4, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

DATED: August 4, 2026

THE LAW OFFICES OF RICHARD FREEMAN

*/s/ Richard W. Freeman* [1]
RICHARD W. FREEMAN, JR., SBN: 50533
Attorney for Plaintiffs

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The current case management schedule is vacated. A further Case Management Conference is set for October 1, 2026, at 10:00 a.m. A Joint Case Management Statement is due by September 24, 2026.

IT IS SO ORDERED.

DATE: August 7, 2026

THE HON. THOMAS S. HIXSON
United States Magistrate Judge

[1] *In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*